IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 10-25-BU-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| COLE BRIDGER WALTER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and

Recommendation in this matter on February 10, 2011.  Neither party objected and

therefore they are not entitled to <u>de novo</u> review of the record.  28 U.S.C. §

636(b)(1); <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003).

This Court will review the Findings and Recommendation for clear error.

<u>McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.</u>, 656 F.2d 1309, 1313

(9th Cir. 1981).  Clear error exists if the Court is left with a "definite and firm

conviction that a mistake has been committed."  <u>United States v. Syrax</u>, 235 F.3d

1

422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Cole Bridger Walter's guilty plea after Walter appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered his plea of guilty to one count of conspiracy to distribute heroin in violation of 21 U.S.C. §§ 841(a)(1) and 846 as set forth in the Superseding Information.  In exchange for Defendant's plea, the United States has agreed to dismiss the Indictment previously filed in this case.

I find no clear error in Judge Lynch's Findings and Recommendation (dkt # 27), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS HEREBY ORDERED that Cole Bridger Walter's motion to change plea (dkt # 16) is GRANTED.

DATED this 1st day of March, 2011.

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT